UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Natasha Yeremenko & Grigoriy Samiter

Case No.: 21-12899
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable  Christine M. Gravelle, U.S.B.J.  on  July 13, 2021  at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no.  3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
198 Goldmine Lane
Old Bridge, New Jersey
Valued at $330,000.00

Liens on property:
Dovenmuehle Mortgage, $313,727.00

Amount of equity claimed as exempt: $16,772.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Natasha Yeremenko  
Grigoriy Samiter  
    Debtors

Case No. 21-12899-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jun 16, 2021     Form ID: pdf905     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Natasha Yeremenko, Grigoriy Samiter, 198 Goldmine Ln, Old Bridge, NJ 08857-3330 |
| 519163139 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519163138 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519163150 | | Dovenmuehle/annie Mac, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 519163151 | | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519163153 | | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519163156 | | Sallie Mae Bank Inc, PO Box 3229, Wilmington, DE 19804-0229 |
| 519163157 | | Selip & Stylianou, llp, 199 Crossways Park Dr, Woodbury, NY 11797-2016 |
| 519163164 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519163165 | | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519163166 | | Wf Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 519163167 | | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |
| 519163168 | + | Zwicker & Associates, 1225 Franklin Ave Ste 260, Garden City, NY 11530-1694 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2021 20:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, irving, TX 75016 |
| 519163137 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2021 20:47:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016-8088 |
| 519163141 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 16 2021 20:52:27 | Best Egg, 1523 Concord Pike Ste 201, Wilmington, DE 19803-3656 |
| 519163140 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 16 2021 20:52:51 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 519163142 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519163143 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:33 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519163144 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 20:52:44 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519163145 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: pdf905 | Total Noticed: 37 |

| | | | |
|---|---|---|---|
| | | Jun 16 2021 20:53:08 | Citibank N A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 519163146 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 16 2021 20:52:44 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519163147 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 16 2021 20:53:09 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519163148 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 16 2021 20:46:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519163149 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 16 2021 20:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519163152 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jun 16 2021 20:47:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 519163154 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 16 2021 20:47:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519163155 | Email/PDF: pa_dc_claims@navient.com | | |
| | | Jun 16 2021 20:53:04 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 519163158 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:26 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519163159 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:26 | Syncb/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519163161 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:28 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519163160 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:28 | Syncb/netwrk, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519164495 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519163162 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519163163 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 16 2021 20:52:26 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519163136 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 16, 2021 | Form ID: pdf905 | Total Noticed: 37 |
| Date: Jun 18, 2021 | Signature:   /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Edward Nathan Vaisman
on behalf of Debtor Natasha Yeremenko vaismanlaw@gmail.com  G20495@notify.cincompass.com

Edward Nathan Vaisman
on behalf of Joint Debtor Grigoriy Samiter vaismanlaw@gmail.com  G20495@notify.cincompass.com

Karen E. Bezner
Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6